# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 26, 2023

### NO. 03-23-00236-CR

**Jennifer Polson, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY
BEFORE JUSTICES BAKER, TRIANA AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment of conviction entered by the trial court. Jennifer Polson has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Jennifer Polson to withdraw her notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.